UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CASE NO. 3:17-CR-00068-DJH-4 |
| JERLEN HORTON | DEFENDANT |

**APPEARANCE OF COUNSEL**

Comes now Patrick J. Renn and enters his appearance herein as counsel for the Defendant, Jerlen Horton.

Respectfully Submitted,

/s/ Patrick J. Renn
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2023, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

/s/ Patrick J. Renn
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com