# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**VS.**                               **CRIMINAL ACTION NUMBER:   3:17CR-68-DJH**

**JERLEN HORTON**                                             **DEFENDANT**

## ORDER ON VIOLATION OF SUPERVISED RELEASE PETITION

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge on September 11, 2023, to conduct an initial appearance on a petition for violation of supervised release. Assistant United States Attorney Frank Dahl appeared on behalf of the United States. The defendant was present, in custody, with Rob Eggert on behalf of Pat Renn, retained counsel. The proceeding was digitally recorded.

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the petition, was advised of the nature of the violations contained therein and was advised of his rights.

The United States moved for detention. Accordingly,

**IT IS HEREBY ORDERED** that a preliminary revocation and detention hearing is scheduled for **September 14, 2023, at 3:00 p.m**. in Courtroom before the Honorable Colin H. Lindsay, United States Magistrate Judge. The defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

September 13, 2023

*Colin H Lindsay, Magistrate Judge*
*United States District Court*

:05