UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:17-cr-68-DJH-4 |
| JERLEN HORTON (4), | Defendant. |

\* \* \* \* \*

## ORDER

Pursuant to Local Rule 50.1(b), the Court, on its own motion and in the interests of justice and judicial efficiency, finds that reassignment of this case is appropriate in light of the related case pending before Judge Rebecca Grady Jennings. The receiving judge concurs in the reassignment. Accordingly, it is hereby

**ORDERED** that this matter is **REASSIGNED** to Judge Rebecca Grady Jennings for all further proceedings.

September 13, 2023

David J. Hale, Judge
United States District Court